UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METUCHEN CENTER, INC., <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>LIBERTY MUTUAL INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; and XYZ COMPANY 1-100 (a fictitious name for insurance companies and underwriters presently unknown), <br><br>　　　　　　Defendants. | Civil Action No.: 3:20-cv-12584-FLW-TJB <br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY ONLY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Metuchen Center, Inc. and Defendants Liberty Mutual Insurance Company and West American Insurance Company that all claims asserted by and between Plaintiff and Liberty Mutual Insurance Company are hereby dismissed without prejudice and without costs against any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, that facsimile and/or electronic copies of this Stipulation shall be deemed originals, and that this Stipulation may be filed with the Clerk of the Court without further notice to the parties.

By: /s/ *Michael Deem*
　　MICHAEL J. DEEM, ESQ.
　　**R.C. SHEA & ASSOCIATES**
　　24 Main Street
　　P.O. Box 2627
　　Toms River, NJ 08754
　　*Attorney for Plaintiff*

By: /s/ Rachel R. Hager
　　RACHEL R. HAGER, ESQ.
　　**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**
　　67 East Park Place – Suite 901
　　Morristown, New Jersey 07960
　　*Attorneys for Defendants*

Dated: September 28, 2020

Dated: September 28, 2020