UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| METUCHEN CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY; and XYZ COMPANY 1-100 (a fictitious name for insurance companies and underwriters presently unknown), <br><br> Defendants. | Civil Action No.: 3:20-cv-12584-FLW-TJB <br><br><br> NOTICE OF CROSS-MOTION |

**PLEASE TAKE NOTICE** that upon Defendant's Combined Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Judgment on the Pleadings submitted herewith, the exhibits and papers submitted by Plaintiff Metuchen Center, Inc. ("Metuchen") in support of its Motion for Summary Judgment, and all prior pleadings and proceedings had herein, Defendant West American Insurance Company ("West American") hereby cross-moves this Court, before the Honorable Freda L. Wolfson, U.S.D.J., at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey, as soon as counsel may be heard, for (i) an Order denying Metuchen's Motion for Summary Judgment and granting West American's Cross-Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; and (ii) such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
| Dated: January 5, 2021 | **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC** |

By: <u>*/s/ Christopher S. Finazzo*</u>
      CHRISTOPHER S. FINAZZO, ESQ.
      67 East Park Place, Suite 901
      Morristown, NJ 07960
      Tel: (973) 343-4960
      christopher.finazzo@finazzolaw.com
      *Attorneys for Defendant*
      *West American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2021, I caused a true and complete copy of Defendant West American Insurance Company's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Judgment on the Pleadings to be served on all other counsel of record through the Court's electronic case filing system addressed as follows:

Michael J. Deem, Esq.
R.C. SHEA & ASSOCIATES
244 Main Street – PO Box 2627
Toms River, New Jersey 08754-2627
Tel: (732) 505-1212
mdeem@rcshea.com
*Attorneys for Plaintiff*

                                          */s/ Christopher S. Finazzo*
                                          CHRISTOPHER S. FINAZZO, ESQ.